U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 9 2019

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAMONT L. WARREN, Petitioner | CIVIL ACTION NO. 1:18-CV-1431-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), and after a de novo review of the record including the objections filed by Petitioner (Docs. 12-14), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's § 2241 petition is DENIED and DISMISSED WITH PREJUDICE. It is further

ORDERED that petitioner's civil rights claim, which the court found to be loosely alleged in his objections to the Report and Recommendation, is DISMISSED WITHOUT PREJUDICE. If petitioner wishes to reurge a civil rights claim, he must refile that claim as a separate suit in the appropriate court.[1]

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of April, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

---

[1] It appears from the objections that the alleged events giving rise to petitioner's purported civil rights claim occurred at USP McCreary, located in Kentucky.